*Certiorari Denied.* (*See also No. 614, Misc., supra.*)

No. 685. MAHONEY *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *William G. Fitzpatrick* for petitioner. *Stephen J. Roth,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.

No. 689. CARLSON *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Philip M. Baker* and *Charles E. Thompson* for petitioner. *Solicitor General Perlman* and *Benedict P. Cottone* for the Federal Communications Commission; and *Vincent B. Welch* for Louise C. Carlson, respondents.

No. 750. AMERICAN SURETY Co. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Cyril Coleman* and *William H. Timbers* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for the United States. *Alexander M. Heron* filed a brief for the Association of Casualty & Surety Companies, as *amicus curiae,* supporting the petition.

No. 766. TRAVELERS FIRE INSURANCE Co. ET AL. *v.* RANNEY-DAVIS MERCANTILE Co. C. A. 10th Cir. Certiorari denied. *F. A. Rittenhouse* for petitioners. *W. L. Cunningham* and *D. Arthur Walker* for respondent.

No. 776. RHODES *v.* METROPOLITAN LIFE INSURANCE Co. C. A. 5th Cir. Certiorari denied. *Fred G. Benton* for petitioner. *Benj. B. Taylor, C. V. Porter, L. W. Brooks* and *Benj. B. Taylor, Jr.* for respondent.